UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAMON FIGUEROA | CIVIL ACTION |
| VERSUS | NO. 16-674 |
| SOUTHERN WOLF CONSTRUCTION, LLC ET AL | SECTION "L" |

## ORDER OF DISMISSAL

Having been informed that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action be and is hereby **DISMISSED** without cost and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.

The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. **COUNSEL ARE REMINDED THAT**, if witnesses have been subpoenaed, **EVERY WITNESS MUST** be notified by counsel not to appear.

New Orleans, Louisiana, this 17th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE